

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Guadalupe C. Coronel, Individually and as Representative of the Estate of Veronica Coronel, Deceased, | § § § | No. 08-14-00140-CV |
| Appellant, | § | Appeal from the |
| | § | 34th District Court |
| v. | § | of El Paso County, Texas |
| Providence Imaging Consultants, P. A., and Scott Blumenfeld, M. D., | § | (TC# 2014DCV0904) |
| | § | |
| Appellees. | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **December 26, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alfonso L. Melendez, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **December 26, 2014.**

IT IS SO ORDERED this 26th day of November, 2014.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.